## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SEKITA SCOTT,

    Plaintiff,

        v.              CASE NO.:  8:16-cv-03010-EAK-AAS

CENTRAL CREDIT SERVICES, LLC

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Central Credit Services, LLC (CCS) by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: July 20, 2017

                Respectfully Submitted

                */s/ Ashley N. Rector*
                Ashley N. Rector, Esq.
                Florida Bar No. 0106605
                Dayle M. Van Hoose, Esq.
                Florida Bar No. 0016277
                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                3350 Buschwood Park Drive, Suite 195
                Tampa, Florida 33618
                Telephone: (813) 440-5327
                Facsimile: (866) 466-3140
                arector@sessions.legal

dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Central Credit Services, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 20th day of July, 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Stefan A. Alvarez, Esq.
William P. Howard, Esq.
The Consumer Protection Firm, PLLC
210 A. South MacDill Avenue
Tampa, FL 33609
Stefan@TheConsumerProtectionFirm.com
billy@theconsumerprotectionfirm.com
Lara@TheConsumerProtectionFirm.com

*/s/ Ashley N. Rector*
Attorney