**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SEKITA SCOTT,

    Plaintiff,

v.                                           CASE NO.: 8:16-cv-03010-EAK-AAS

CENTRAL CREDIT SERVICES, LLC,

    Defendant.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, SEKITA SCOTT, and the Defendant, CENTRAL CREDIT SERVICES, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

| | |
|---|---|
| */s/ Stefan Alvarez* | */s/ Ashley N. Rector, Esq.* |
| Stefan Alvarez, Esq. | Ashley N. Rector, Esq. |
| Florida Bar No. 0100681 | Florida Bar No. 0106605 |
| William Peerce Howard, Esq. | Dayle M. Van Hoose, Esq. |
| Florida Bar No. 0103330 | Florida Bar No. 0016277 |
| THE CONSUMER PROTECTION FIRM. | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. |
| 210-A South MacDill Avenue | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33609 | Tampa, FL 33618 |
| Telephone: (813) 500-1500 | Telephone: (813) 890-2472 |
| Facsimile: (813) 435-2369 | Facsimile: (866) 466-3140 |
| Stefan@TheConsumerProtectionFirm.com | *Attorneys for Defendant* |
| Billy@TheConsumerProtectionFirm.com | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on July 28, 2017 to all parties of record.

               Respectfully submitted,

               */s/Stefan A. Alvarez*
               Stefan A. Alvarez, Esq.
               Florida Bar No. 0100681